IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES KENDALL BREYLEY III,

    Plaintiff,

  v.

HERBERT DARDEN, CHRISTINE WIEDMEYER, LT. RENTARIA, LARRY FUCHS, DON STRAHOTA, CANDACE WARNER, KARL HOFFMAN, LYNN WAUSHETAS, MARIAH MARTIN, ROSLYN HUNEKE, ERIC PETERS, and JOHN AND JANE DOE(S),

    Defendants.

Case No.  20-cv-006-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | April 13, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |