IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES BREYLEY,

    Plaintiff

V.                             20-CV-006-wmc

JUAN RENTARIA, et.al.,

    Defendants

## NOTICE OF APPEAL

Notice is hereby given that James Breyley appeals to the seventh circuit Court of appeals, from the whole final judgment and order, entered on April 13 2022 in the united states district Court for the western district of Wisconsin, the Honorable William M.Conley, presiding, in favor of the defendants, and against James Breyley, wherein the Court granted the defendants motion for summary judgment and dismissed Breyley's lawsuit without prejudice

    Dated this 19th day of April 2022

James Breyley#603731

N.L.C.I.

P.O. BOX 2000

New Lisbon Wi, 53950                            RESPECTFULLY SUBMITTED